# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TAMISHA PEGUES**                                                                          **PLAINTIFF**

**VS.**                                                      **CAUSE NO.: 3:15CV121-MPM-JMV**

**MISSISSIPPI STATE VETERANS HOME, ET AL.**                      **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…an immunity defense … motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion asserting an immunity defense …is a decision committed to the discretion of the court." L.U. CIV. R. 16(b)(3)(B). Defendant Mississippi State Veterans Home filed an immunity defense motion [8] on October 13, 2015. Accordingly, staying discovery not related to the immunity issue in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 13th day of October, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**