# United States District Court
## Northern District of Mississippi

**TAMISHA PEGUES**                                                               **PLAINTIFF**

**VS.**                                                                  **CAUSE NO. 3:15-CV-00121-MPM-JMV**

**MISSISSIPPI VETERANS AFFAIRS BOARD**                     **DEFENDANT**

# VERDICT

1. Was Tamisha Pegues a "qualified individual" as that term has been defined elsewhere in these instructions?

   __*NO Decision*__      _____
   Yes                     No

   If the Answer to Question No. 1 is "No," please sign and date this Verdict Form and advise the Marshal that you have reached your verdict. If the Answer to Question No. 1 is "Yes," go to Question No. 2.

2. Has plaintiff proved that the Mississippi Veterans Home failed to reasonably accommodate her disability and instead terminated her employment on the basis of that disability?

   _____     __✓__
   Yes                     No

   If the Answer to Question No. 2 is "No," please sign and date this Verdict Form and advise the Marshal that you have reached your verdict. If the Answer to Question No. 2 is "Yes," go to Question No. 3.

3. Has the Mississippi Veterans Home proved that its policy that caused Plaintiff Tamisha Pegues to be terminated from her employment was justified by a business necessity?

_____    _____
Yes       No

If the Answer to Question No. 3 was "Yes," please sign and date this Verdict Form and advise the Marshal that you have reached your verdict. If the Answer to Question No. 3 was "No," proceed to Question No. 4.

4. We find Plaintiff's damages against the Mississippi Veterans Home, based on the damages factors set forth in the court's instructions, to be:

$_____

Please sign and date this Verdict Form and advise the Marshal that you have reached your verdict.

_____
Foreperson

Dated: Sept 12, 2017